IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR McCLARIN,<br>          Petitioner,<br><br>v.<br><br>THOMAS McGINTLY,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF KEVIN STEELE, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF JOSH SHAPIRO,<br>          Respondents. | CIVIL ACTION<br><br><br><br>NO. 17-1092 |

## O R D E R

**AND NOW**, this 13th day of October, 2017, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro so* petitioner, Omar McClarin (Document No. 1, filed March 10, 2017), the record in this case, the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated August 22, 2017, *pro se* petitioner's Objections to the Report and Recommendation with Attached Arguments and Case Law (Document No. 11, filed October 10, 2017, **IT IS ORDERED** as follows:

    1.    The Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated August 22, 2017, is **APPROVED** and **ADOPTED** insofar as it recommends dismissal of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro so* petitioner, Omar McClarin, as untimely filed, and **REJECTED** in all other respects;

    2.    *Pro se* petitioner's Objections to the Report and Recommendation with Attached Arguments and Case Law are **OVERRULED**;

    3.    Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro so* petitioner, Omar McClarin, is **DISMISSED** as time barred; and,

4. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**  / s Jan E. DuBois  **
**DuBOIS, JAN E., J.**